IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARILYN L. WHITMIRE** | : CIVIL ACTION NO. 3:13-CV-1380 |
| **Plaintiff** | : (Judge Kane) |
| | : (Magistrate Judge Blewitt) |
| v. | : |
| | : |
| **COMMISSIONER OF SOCIAL SECURITY** | : |
| **Defendant** | : |

## O R D E R

Before the Court in the captioned action is a January 14, 2014 Report and Recommendation of the Magistrate Judge recommending that the plaintiff's appeal be denied.   No timely objections have been filed.

Accordingly, upon review of the record and the applicable law,  **IT IS HEREBY ORDERED THAT:**

   1)  the Court **ADOPTS** the Report and Recommendation of Magistrate Judge Blewitt (Doc. No. 17);

   2)  Plaintiff's appeal from the final decision of the Commissioner of Social Security, (Doc. No. 1), for disability insurance benefits is **DENIED**; and

   3)  the Clerk of Court shall close the file.


                                s/ Yvette Kane
                                YVETTE KANE, District Judge
                                United States District Court
                                Middle District of Pennsylvania

Dated: February 14, 2014